United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Abigail Rose Reese  
    Debtor

Case No. 22-02102-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 05, 2022      Form ID: ntcnfhrg      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Abigail Rose Reese, 233 Lehigh Ave, Palmerton, PA 18071-1807 |
| 5503871 | | Berkheimer Tax Admin, Attn: Bankruptcy Dept, 50 N 7th St, Bangor, PA 18013-1731 |
| 5508869 | + | Berkheimer, Agent for Palmerton ASD/Palmerton Boro, c/o David R. Gordon, Esq, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5503874 | | Cllcn Bureau of the Hu, 155 N Plank Rd, Newburgh, NY 12550-1747 |
| 5503870 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5503885 | | PA Dept of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5503888 | | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5503887 | | Pennstar Bank/Nbt Bank, Attn: Bankruptcy, PO Box 351, Norwich, NY 13815-0351 |
| 5503869 | | Reese Abigail Rose, 233 Lehigh Ave, Palmerton, PA 18071-1807 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 05 2022 18:48:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Dec 05 2022 18:41:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5503873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2022 18:37:40 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5503872 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2022 18:48:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5503875 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2022 18:48:24 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5503876 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2022 18:48:23 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5503877 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 05 2022 18:48:14 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 5503878 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2022 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5504661 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2022 18:48:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5503879 | | Email/Text: Documentfiling@lciinc.com | Dec 05 2022 18:41:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 5503880 | | Email/Text: Documentfiling@lciinc.com | Dec 05 2022 18:41:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5503882 | | Email/Text: camanagement@mtb.com | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5503881 | | Email/Text: camanagement@mtb.com | Dec 05 2022 18:41:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| | | | Dec 05 2022 18:41:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5503883 | | Email/Text: bankruptcy@nbtbank.com | Dec 05 2022 18:41:00 | Nbt Bank, 52 S Broad St, Norwich, NY 13815-1646 |
| 5503884 | + | Email/Text: bankruptcy@nbtbank.com | Dec 05 2022 18:41:00 | Nbt Bank NA, 52 S Broad St, Norwich, NY 13815-1699 |
| 5503886 | | Email/Text: blegal@phfa.org | Dec 05 2022 18:41:00 | PA Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 5504495 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2022 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5506933 | + | Email/Text: blegal@phfa.org | Dec 05 2022 18:41:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5503889 | | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2022 18:48:31 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5503890 | | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2022 18:48:14 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5503904 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2022 18:48:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503891 | | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2022 18:48:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5503892 | | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2022 18:48:13 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5504669 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 05 2022 18:41:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5503893 | | Email/Text: bknotice@upgrade.com | Dec 05 2022 18:41:00 | Upgrade Inc, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5503894 | | Email/Text: bknotice@upgrade.com | Dec 05 2022 18:41:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5503899 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 05 2022 18:41:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 5503900 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 05 2022 18:41:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 5503895 | | Email/Text: LCI@upstart.com | Dec 05 2022 18:41:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503896 | | Email/Text: LCI@upstart.com | Dec 05 2022 18:41:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503897 | | Email/Text: LCI@upstart.com | Dec 05 2022 18:41:00 | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5503898 | | Email/Text: LCI@upstart.com | Dec 05 2022 18:41:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5504394 | ^ | MEBN | Dec 05 2022 18:35:15 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5503901 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 05 2022 18:48:24 | Webbank/dfs, PO Box 81607, Austin, TX 78708-1607 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5505763 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2022      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Abigail Rose Reese MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Abigail Rose Reese,
aka Abigail R. Reese, aka Abigail Reese,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−02102−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 12, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 19, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 5, 2022 |

ntcnfhrg (08/21)