UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ABIGAIL ROSE REESE          :  CHAPTER 13
        Debtor(s)                    :
                                      :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE   :
        Movant                        :
                                      :
        vs.                           :
                                      :
        ABIGAIL ROSE REESE            :
        Respondent(s)                 :  CASE NO.   5-22-bk-02102


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

        AND NOW, this   17th   day of January, 2023, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about December 9, 2022 be withdrawn as all issues have been resolved.

                        Respectfully submitted:

                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097


CERTIFICATE OF SERVICE

        AND NOW, this   17th   day of January, 2023, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Jason Provinzano, Esquire
16 W. Northampton Street
Wilkes Barre, PA   18701

                        /s/Deborah A. Behney
                        Office of Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee