Certificate Number: 17572-PAM-DE-040343979

Bankruptcy Case Number: 22-02102



17572-PAM-DE-040343979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 23, 2025</u>, at <u>6:51</u> o'clock <u>PM PST</u>, <u>Abigail R Reese</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 23, 2025</u>

By: <u>/s/Leigh-Anna M Thompson</u>

Name: <u>Leigh-Anna M Thompson</u>

Title: <u>Counselor</u>