United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02102-MJC |
| Abigail Rose Reese | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Nov 24, 2025 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Abigail Rose Reese, 233 Lehigh Ave, Palmerton, PA 18071-1807 |
| 5503871 | | Berkheimer Tax Admin, Attn: Bankruptcy Dept, 50 N 7th St, Bangor, PA 18013-1731 |
| 5508869 | + | Berkheimer, Agent for Palmerton ASD/Palmerton Boro, c/o David R. Gordon, Esq, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5503869 | | Reese Abigail Rose, 233 Lehigh Ave, Palmerton, PA 18071-1807 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 24 2025 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Nov 24 2025 18:43:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5503873 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5503872 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5511054 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5503874 | | Email/Text: esther@cbhv.com | Nov 24 2025 18:43:00 | Cllcn Bureau of the Hu, 155 N Plank Rd, Newburgh, NY 12550-1747 |
| 5503875 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2025 18:52:49 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5503876 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2025 18:53:11 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5503877 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 24 2025 18:52:50 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 5505763 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:52:47 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5503878 | | EDI: IRS.COM | Nov 24 2025 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5514746 | | EDI: JEFFERSONCAP.COM | Nov 24 2025 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5504661 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:52:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5510173 | ^ | MEBN | Nov 24 2025 18:41:06 | Lakeview Loan Servicing, LLC, c/o M&T Bank, |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | P.O. Box 840, Buffalo, NY 14240-0840 |
| 5503870 | | Email/Text: mylawyer@jpplaw.com | Nov 24 2025 18:42:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5503879 | | EDI: LENDNGCLUB | Nov 24 2025 23:44:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 5503880 | + | EDI: LENDNGCLUB | Nov 24 2025 23:44:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-5839 |
| 5503882 | | Email/Text: camanagement@mtb.com | Nov 24 2025 18:43:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5503881 | | Email/Text: camanagement@mtb.com | Nov 24 2025 18:43:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5503883 | | Email/Text: bankruptcy@nbtbank.com | Nov 24 2025 18:43:00 | Nbt Bank, 52 S Broad St, Norwich, NY 13815-1646 |
| 5503884 | + | Email/Text: bankruptcy@nbtbank.com | Nov 24 2025 18:43:00 | Nbt Bank NA, 52 S Broad St, Norwich, NY 13815-1699 |
| 5503885 | ^ | MEBN | Nov 24 2025 18:41:25 | PA Dept of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5503886 | | Email/Text: blegal@phfa.org | Nov 24 2025 18:43:00 | PA Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 5514925 | | EDI: PRA.COM | Nov 24 2025 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5503888 | ^ | MEBN | Nov 24 2025 18:41:19 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5503887 | | Email/Text: bankruptcy@nbtbank.com | Nov 24 2025 18:43:00 | Pennstar Bank/Nbt Bank, Attn: Bankruptcy, PO Box 351, Norwich, NY 13815-0351 |
| 5504495 | | EDI: PENNDEPTREV | Nov 24 2025 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5506933 | + | Email/Text: blegal@phfa.org | Nov 24 2025 18:43:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5534434 | ^ | MEBN | Nov 24 2025 18:41:07 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5534435 | ^ | MEBN | Nov 24 2025 18:41:08 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011, Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5503889 | | EDI: SYNC | Nov 24 2025 23:43:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5503890 | | EDI: SYNC | Nov 24 2025 23:43:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5503904 | + | EDI: PRA.COM | Nov 24 2025 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503891 | | EDI: SYNC | Nov 24 2025 23:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5503892 | | EDI: SYNC | Nov 24 2025 23:43:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5504669 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 24 2025 18:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5503893 | | Email/Text: bknotice@upgrade.com | Nov 24 2025 18:42:00 | Upgrade Inc, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5503894 | | Email/Text: bknotice@upgrade.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 24 2025 18:42:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5503899 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 24 2025 18:43:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 5503900 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 24 2025 18:43:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 5503895 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 24 2025 18:43:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503896 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 24 2025 18:43:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503897 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 24 2025 18:43:00 | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5503898 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 24 2025 18:43:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5504394 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 24 2025 18:43:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5512361 | | EDI: AIS.COM | Nov 24 2025 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5503901 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 24 2025 18:52:47 | Webbank/dfs, PO Box 81607, Austin, TX 78708-1607 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pink Dogwood 13, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | |

| | |
|---|---|
| | on behalf of Debtor 1 Abigail Rose Reese MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Leon P Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Matthew K. Fissel | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Abigail Rose Reese<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx-xx-2780<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22-bk-02102-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Abigail Rose Reese
aka Abigail R. Reese, aka Abigail Reese

11/24/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**